**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-7248**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE CHAMBERS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:94-cr-00089-JRS-1)

───────────

Submitted: July 23, 2009          Decided: August 12, 2009

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

George Chambers, Appellant Pro Se. Richard Daniel Cooke, Joan Elizabeth Evans, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Chambers appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. Chambers, No. 3:94-cr-00089-JRS-1 (E.D. Va. June 19, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED